52 So.2d 890

**Lorenzo ROBINSON v. CITY OF BIRMINGHAM.**
6 Div. 93.

Court of Appeals of Alabama.
March 13, 1951.

Application for Rehearing Stricken March 28, 1951, Supreme Ct. Rule 38, Code 1941, Tit. 7 Appendix.

728

Geo. E. Trawick, of Birmingham, for appellant.

Chas. H. Brown, of Birmingham, for appellee.

CARR, Presiding Judge.

Affirmed. Certiorari denied by Supreme Court, 255 Ala. 699, 52 So.2d 884.